O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiffs*
By:   Steven J. Bushinsky, Esquire

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION AND APPRENTICE FUNDS, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ZAK ARCHITECTURAL METAL & GLASS, LLC and MIROSLAW ZAK,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 08-4941 (KSH)<br><br><br><br>MOTION FOR SPECIAL APPOINTMENT |

Pursuant to Rule 4(c), F.R.C.P., the plaintiffs in the above-captioned civil action hereby move this Court to specifically appoint Guaranteed Subpoena, or such other person or agent as may be necessary, to serve the Writ of Execution upon TD Bank (formerly Commerce Bank) in this action and represent that:

1. Said person will be competent and not less than eighteen years of age;

2. Said person will not be a party to this action;

3. Granting the instant motion will effectuate substantial savings in time and/or travel fees of the United States Marshal.

_____
STEVEN J. BUSHINSKY, ESQUIRE
*Attorney for Plaintiffs*

## ORDER

AND NOW, to wit, this  6  day of  May  , 2009, it is **ORDERED** that Guaranteed Subpoena, or such other person or agent as may be necessary, be and the same is hereby SPECIFCALLY APPOINTED TO SERVE the Writ of Execution upon TD Bank (formerly Commerce Bank) in this action.

**IT IS FURTHER ORDERED** that proof of such service shall be made by affidavit in accordance with Rule 4(g) of the Federal Rules of Civil Procedure.

By: *Charlie Sanders*
     Deputy Clerk